In the Matter of EDWIN W. SANFORD, as Executor of ELLEN MINCH, Deceased, Respondent, *v.* HARRIET L. MINCH, Appellant.

(Argued October 19, 1934; decided November 20, 1934.)

*Joseph L. Delaney* for appellant.

*Eugene B. Sanford* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: POUND, Ch. J., CRANE, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: LEHMAN, J.